IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LVMH SWISS MANUFACTURES SA and HUBLOT SA,<br><br>             Plaintiffs,<br>v.<br><br>XIONGAI LONG, et al.,<br><br>             Defendants. | Case No. 18-cv-06067<br><br>**Judge Charles P. Kocoras**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs LVMH Swiss Manufactures SA ("Tag Heuer") and Hublot SA ("Hublot") (together, "Plaintiffs"), hereby dismiss this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Centuries watch shop | 77 |
| Shenzhen Top Good Watch Store | 102 |
| SHINNING WATCH Store | 103 |
| Shop4351001 Store | 134 |

Dated this 28th day of November 2018.     Respectfully submitted,

/s/ Allyson M. Martin_____
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs*
*LVMH Swiss Manufactures SA and Hublot SA*

1