IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LVMH SWISS MANUFACTURES SA and HUBLOT SA, <br><br> Plaintiffs, <br> v. <br><br> XIONGAI LONG, et al., <br><br> Defendants. | Case No. 18-cv-06067 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge M. David Weisman** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 18, 2018 [46], in favor of Plaintiffs LVMH Swiss Manufactures SA ("Tag Heuer") and Hublot SA ("Hublot") (together, "Plaintiffs"), and against the Defendants Identified in Schedule A in the amount of two million dollars ($2,000,000) per Defaulting Defendant, and Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desire to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| CX Watches Store | 79 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 24th day of May 2019.

Respectfully submitted,

/s/ Allyson M. Martin

Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs*
*LVMH Swiss Manufactures SA and Hublot SA*

Subscribed and sworn to me by Allyson M. Martin, on this 24th day of May 2019.

Given under by hand and notarial seal.

ALYSSA GUYNN
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 16, 2022

Notary Public

State of Illinois

County of Cook

2