IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LVMH SWISS MANUFACTURES SA and HUBLOT SA, <br><br> Plaintiffs, <br> v. <br><br> XIONGAI LONG, et al., <br><br> Defendants. | Case No. 18-cv-06067 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs LVMH Swiss Manufactures SA ("Tag Heuer") and Hublot SA ("Hublot") (together, "Plaintiffs"), hereby dismiss this action with prejudice against the following Defendant:

| Defendant Name | Line No. |
|---|---|
| GFS Store | 83 |

Dated this 14th day of June 2019.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Allyson M. Martin_____
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　Allyson M. Martin
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　amartin@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*
　　　　　　　　　　　　　　　　　　*LVMH Swiss Manufactures SA and Hublot SA*